[No. 13830.  *En Banc.*  February 26, 1917.]

HAZEL PATTERSON, *Respondent,* v. PACIFIC COAST CASUALTY COMPANY, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, Gilliam, J., entered June 26, 1916, upon the verdict of a jury rendered in favor of the plaintiff, in an action for personal injuries sustained by a passenger in a jitney bus.  Affirmed.

*Geo. McKay* and *Henry S. Noon,* for appellant.
*Tucker & Hyland,* for respondent.

PER CURIAM.—This is one of the cases referred to in the recent case of *Salo v. Pacific Coast Casualty Co., ante* p. 109, 163 Pac. 384, and upon the authority of that case, the judgment will be affirmed.

---

[No. 13833.  *En Banc.*  February 26, 1917.]

MABEL PATTERSON, *Respondent,* v. PACIFIC COAST CASUALTY COMPANY, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, Gilliam, J., entered June 26, 1916, upon the verdict of a jury rendered in favor of the plaintiff, in an action for personal injuries sustained by a passenger in a jitney bus.  Affirmed.

*Geo. McKay* and *Henry S. Noon,* for appellant.
*Tucker & Hyland,* for respondent.

PER CURIAM.—This is one of the cases referred to in the recent case of *Salo v. Pacific Coast Casualty Co., ante* p. 109, 163 Pac. 384, and upon the authority of that case, the judgment will be affirmed.

[1]Reported in 163 Pac. 388.